```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 07297
   RAYNARD L GAINEY
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4262


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 03/27/2008 and was not confirmed.

    The case was converted to chapter 7 without confirmation 05/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
VERIZON                    UNSECURED        NOT FILED           .00           .00
ASPIRE                     UNSECURED        NOT FILED           .00           .00
CINGULAR                   UNSECURED        NOT FILED           .00           .00
DIRECTV                    UNSECURED        NOT FILED           .00           .00
PREMIER BANKCARD           UNSECURED           326.75           .00           .00
WESTLAKE HOSPITAL          UNSECURED        NOT FILED           .00           .00
WESTLAKE HOSPITAL          UNSECURED        NOT FILED           .00           .00
LOYOLA UNIVERSITY PHY NS   UNSECURED        NOT FILED           .00           .00
LOYOLA UNIVERSITY PHY NS   UNSECURED        NOT FILED           .00           .00
LOYOLA UNIVERSITY PHY NS   UNSECURED        NOT FILED           .00           .00
LOYOLA UNIVERSITY HEALTH   UNSECURED        NOT FILED           .00           .00
LOYOLA UNIVERSITY HEALTH   UNSECURED        NOT FILED           .00           .00
LOYOLA UNIVERSITY HEALTH   UNSECURED        NOT FILED           .00           .00
NICOR GAS                  UNSECURED        NOT FILED           .00           .00
NICOR GAS                  UNSECURED        NOT FILED           .00           .00
SPRINT PCS                 UNSECURED        NOT FILED           .00           .00
POPULAR CLUB PLAN          UNSECURED        NOT FILED           .00           .00
SARAH BROOKS               UNSECURED        NOT FILED           .00           .00
SPRINT PCS                 UNSECURED        NOT FILED           .00           .00
SULLIVAN URGENT AID CENT   UNSECURED        NOT FILED           .00           .00
T MOBILE                   UNSECURED           700.39           .00           .00
TRIBUTE/FBOFD              UNSECURED        NOT FILED           .00           .00
SANTANDER CONSUMER USA     SECURED VEHIC     13601.00           .00           .00
IL STATE DISBURSEMENT UN   DSO ARREARS     NOT FILED           .00           .00
IL STATE DISBURSEMENT UN   DSO ARREARS     NOT FILED           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          2067.94           .00           .00
SANTANDER CONSUMER USA     UNSECURED          1132.21           .00           .00
VANESSA HASSKINS           NOTICE ONLY     NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           568.36           .00           .00
ANGIE S LEE                DEBTOR ATTY           .00                          .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 07297 RAYNARD L GAINEY
```

```
                              RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                            .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                              ---------------     ---------------
TOTALS                             .00                 .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
   Dated: 08/20/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                              PAGE   2
          CASE NO. 08 B 07297 RAYNARD L GAINEY